UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_\_

TYRELLE MOTRAY HENDERSON, JR.,

    Plaintiff,

Case No. 1:25-cv-840

Honorable Phillip J. Green

v.

COUNTY OF KENT, et al.,

    Defendants.
_____/

**ORDER DENYING LEAVE
TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

Dated:  August 25, 2025       /s/ Phillip J. Green
                    PHILLIP J. GREEN
                    United States Magistrate Judge