UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

TYRELLE MOTRAY HENDERSON, JR.,

        Plaintiff,

Case No. 1:25-cv-840

Honorable Phillip J. Green

v.

COUNTY OF KENT, et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that, pursuant to 28 U.S.C. § 1915(g), Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to refile his complaint as a new action in this Court with the full civil action filing fees.

Dated:  August 25, 2025           /s/ Phillip J. Green
                                                       PHILLIP J. GREEN
                                                       United States Magistrate Judge